1  BINGHAM McCUTCHEN LLP
   David Balabanian (SBN 37368)
2  david.balabanian@bingham.com
   Charlene S. Shimada (SBN 91407)
3  charlene.shimada@bingham.com
   John D. Pernick (SBN 155468)
4  john.pernick@bingham.com
   Three Embarcadero Center
5  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
6  Facsimile: 415.393.2286

7  Attorneys for Defendants
   Hansen Medical, Inc., Fredric H. Moll
8  and Steven M. Van Dick

**IT IS SO ORDERED**

*James Ware*
Judge James Ware

2/11/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID C. LIVINGSTON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANSEN MEDICAL INC., FREDERIC H. MOLL and STEVEN M. VAN DICK,<br><br>Defendants. | Case No. 09-cv-5212 JW<br><br>**STIPULATION PER LOCAL RULE 6-1(a) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1       WHEREAS, the above-captioned action was filed on November 4, 2009, alleging

2 violations of the federal securities laws against Defendants Hansen Medical, Inc., Frederic H.

3 Moll and Steven M. Van Dick (collectively, "Defendants"), and is subject to the requirements of

4 the Private Securities Litigation Reform Act of 1995, including consolidation of related actions,

5 the appointment of a lead plaintiff and approval of lead counsel. 15 U.S.C. §78u-4(a)(3).

6       IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-1(a), by and

7 between plaintiff David C. Livingstone and Defendants, through their respective counsel, that

8 Defendants' time to respond to the complaint in this action is extended until the latter of: (i) 60

9 days from the date of the order designating lead plaintiff and lead counsel in this action pursuant

10 to §78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§78u-4(a) *et seq*.), as

11 amended by the Private Securities Litigation Reform Act of 1995; or (2) a time agreed upon by

12 the appointed lead plaintiff and Defendants, and approved by the Court, after the appointment of

13 the lead plaintiff.

14 DATED: December 22, 2009     BINGHAM MCCUTCHEN LLP

17                         By:     /s/ John D. Pernick
                               John D. Pernick
18                              Attorneys for Defendants
                       Hansen Medical, Inc., Fredric H. Moll and
19                              Steven M. Van Dick

20 DATED: December 22, 2009     COUGHLIN STOIA GELLER RUDMAN
                                               & ROBBINS LLP

23                         By:     /s/ Willow E. Radcliffe
                               Willow E. Radcliffe
24                                Attorneys for Plaintiff
                               David C. Livingston

27 <u>Attest</u>: I, John D. Pernick, attest that I have received Willow E. Radcliffe's concurrence in the filing of the Stipulation.

28

A/73247248.2                         1