1   BINGHAM McCUTCHEN LLP
    David Balabanian (SBN 37368)
2   david.balabanian@bingham.com
    Charlene S. Shimada (SBN 91407)
3   charlene.shimada@bingham.com
    John D. Pernick (SBN 155468)
4   john.pernick@bingham.com
    Three Embarcadero Center
5   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
6   Facsimile:  415.393.2286

7   Attorneys for Defendants
    Hansen Medical, Inc., Fredric H. Moll
8   and Steven M. Van Dick

IT IS SO ORDERED

*James Ware*

Judge James Ware

2/11/2010

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13
    DAVID C. LIVINGSTON, Individually and on      Case No. 09-cv-5212 JW
14  behalf of all others similarly situated,
                                                   **STIPULATION PER LOCAL RULE**
15                  Plaintiff,                     **6-1(a) EXTENDING TIME FOR**
                                                   **DEFENDANTS TO RESPOND TO**
16          v.                                     **COMPLAINT**

17  HANSEN MEDICAL INC., FREDERIC H.
    MOLL and STEVEN M. VAN DICK,
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28
    A/73247248.2

    ─────────────────────────────────────────────
    STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
                        Case No. 09-cv-5212 JW

1    WHEREAS, the above-captioned action was filed on November 4, 2009, alleging

2   violations of the federal securities laws against Defendants Hansen Medical, Inc., Frederic H.

3   Moll and Steven M. Van Dick (collectively, "Defendants"), and is subject to the requirements of

4   the Private Securities Litigation Reform Act of 1995, including consolidation of related actions,

5   the appointment of a lead plaintiff and approval of lead counsel.  15 U.S.C.  §78u-4(a)(3).

6    IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-1(a), by and

7   between plaintiff David C. Livingstone and Defendants, through their respective counsel, that

8   Defendants' time to respond to the complaint in this action is extended until the latter of:  (i) 60

9   days from the date of the order designating lead plaintiff and lead counsel in this action pursuant

10   to §78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§78u-4(a) *et seq*.), as

11   amended by the Private Securities Litigation Reform Act of 1995;  or (2) a time agreed upon by

12   the appointed lead plaintiff and Defendants, and approved by the Court, after the appointment of

13   the lead plaintiff.

14   DATED:  December 22, 2009            BINGHAM MCCUTCHEN LLP

15

16

17                                       By:_____ /s/ John D. Pernick _____
                                              John D. Pernick
18                                           Attorneys for Defendants
                                      Hansen Medical, Inc., Fredric H. Moll and
19                                           Steven M. Van Dick

20   DATED:  December 22, 2009            COUGHLIN STOIA GELLER RUDMAN
                                         & ROBBINS LLP
21

22

23                                       By:_____ /s/ Willow E. Radcliffe _____
                                              Willow E. Radcliffe
24                                           Attorneys for Plaintiff
                                              David C. Livingstone
25

26   Attest: I, John D. Pernick, attest that I have received Willow E. Radcliffe's concurrence in the
27   filing of the Stipulation.

28
     A/73247248.2                         1